UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: § § CORRIDOR MEDICAL SERVICES, INC. § Et al. § § Debtor. § § | | Case No. 18-11569-hcm (Chapter 11) |
| CORRIDOR MEDICAL SERVICES, INC. § a Texas corporation, § § Plaintiff § v. § § GTR SOURCE, LLC, § § § Defendants § | | Adv. No. 20-01012 |

## PLAINTIFF'S STATEMENT OF CONSENT

TO THE HONORABLE U.S. BANKRUPTCY COURT:

COMES NOW CORRIDOR MEDICAL SERVICES, Plaintiff, and files this Statement of Consent and would show as follows:

Corridor Medical Services consents to entry of final orders by this court.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 476-9103 x 213
(512) 476-9253 Facsimile
rshannon@bn-lawyers.com

*/s/ R.J. Shannon*_____
R. J. Shannon (SBN 24108062)

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      By my signature below, I hereby certify service of the foregoing document by first class mail on the 4th day of March, 2020, to the following:

      /s/ R.J. Shannon